No. 72–7000. CLINE *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wardius* v. *Oregon,* 412 U. S. 470 (1973). MR. JUSTICE DOUGLAS would grant certiorari and set case for oral argument.